# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-00422JVS(KESx) | Date | March 12, 2019 |
| Title | Randy Soderstrom v Trinidad Paez Ocampo, et al | | |

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE

     Plaintiffs Randy Soderstrom (Soderstrom) and Legal Insights, a non-profit organization, filed this action on March 4, 2019. Both parties purport to appear through Soderstrom "in propria persona." A check of the State Bar of California website indicates that Soderstrom is not a member of the Bar. (http://members.calbar.ca.gov/fal/LicenseeSearch/QuickSearch?FreeText=soderstrom&SoundsLike=false, last visited Mar. 12, 2019.) A check of this Court's website indicates that Soderstrom is not a member of the Bar of this Court. (http://www.cacd.uscourts.gov/attorneys/admissions/attorney-admissions-search, last visited Mar. 12, 2019.)

     Legal Insights is a corporate entity and may only be represented by an attorney. (Local Rule 83-2.1.1.1.)

     Within fifteen days, Legal Insight shall appear through a member of the Bar of this Court, or show cause in writing why its claims should not be stricken.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |